UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE LOMBARDI, an
Individual; and KAROL
LOMBARDI, an Individual,

NO. CIV. S-12-0015 LKK/GGH

       Plaintiffs,

  v.

O R D E R

TAKEDA PHARMACEUTICALS
NORTH AMERICA, INC.,
et al.,

       Defendants.

_____/

    Plaintiffs in this action filed a motion to remand the matter to San Francisco Superior Court on January 6, 2012. ECF No. 4. The motion to remand is currently scheduled to be heard on February 13, 2012. Pursuant to Local Rule 230(c), defendants' opposition or statement of non-opposition was due on January 30, 2012. No defendants have filed an opposition or statement of non-opposition to the motion to remand.

    Accordingly, the court ORDERS as follows:

    [1] Counsel for defendants is ORDERED to SHOW CAUSE in

1

writing within seven (7) days of the issuance of this order why sanctions should not issue in accordance with Local Rule 110, including a fine of $150.

[2] The hearing currently scheduled on plaintiffs' Motion to Remand, ECF. No. 4, is CONTINUED to February 27, 2012 at 10:00 a.m.

[3] Defendants SHALL file an opposition or statement of non-opposition no later than February 13, 2012.

[4] Plaintiff's reply, if any, is due no later than February 21, 2012.

IT IS SO ORDERED.

DATED:   January 31, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT