UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE LOMBARDI, an Individual; and KAROL LOMBARDI, an Individual,

        Plaintiffs,

    v.

TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., et al.,

        Defendants.

        NO. CIV. S-12-0015 LKK/GGH

O R D E R

    This court issued an order for counsel for defendants to show cause why they should not be sanctioned for failure to file an opposition or statement of non-opposition to plaintiff's motion to remand, as required by Local Rule 230(c).

    Counsel for defendants timely filed a response to the order to show cause. In their response, counsel for defendants indicated that they did not file an opposition or statement of non-opposition because on the deadline making such a filing, the parties reached an agreement to stipulate to remand the action. Neither party

1

notified the court of the agreement until February 2, 2012, after defendants' deadline had passed.

While notification was not timely, the stipulation represented good cause. The order to show cause is discharged.

IT IS SO ORDERED.

DATED: February 6, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2