1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LOMBARDI, an Individual; and KAROL LOMBARDI, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; TAKEDA PHARMACEUTICALS INTERNATIONAL, INC.; TAKEDA PHARMACEUTICAL COMPANY LIMITED; TAKEDA PHARMACEUTICALS, LLC; TAKEDA GLOBAL RESEARCH & DEVELOPMENT CENTER, INC.; TAKEDA SAN DIEGO, INC.; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:12-cv-00015 LKK(GGHx)<br><br>Assigned to Hon. Lawrence K. Karlton<br><br>**ORDER TO REMAND** |

**[PROPOSED] ORDER TO REMAND**

1  Upon consideration of the parties' stipulation, it is hereby ordered that this
2  action is **REMANDED** to the Superior Court of California, County of Sutter.  Each
3  party shall bear their own costs and attorneys' fees incurred in connection with the
4  removal of this action and other proceedings in this Court.

5  **IT IS SO ORDERED.**

6  Dated:  February 13, 2012

```
                    /s/ Lawrence K. Karlton
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

-1-
**[PROPOSED] ORDER TO REMAND**

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Los Angeles, California 90013.

On February 3, 2012, I served the foregoing document(s) described as **[PROPOSED] ORDER TO REMAND** on all interested parties in this action as follows:

Paul J. Pennock
Weitz & Luxenberg P.C.
700 Broadway, 5th Floor
New York, NY 10003
Tele: (212) 558-5500
Fax: (212) 344-5461

☑  (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows:

I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on February 3, 2012, at Los Angeles, California.

*/s/ Eva A. Fitzhugh*
Eva A. Fitzhugh